IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER NAM** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 21-3578 |
| | : | |
| **MAIN LINE SENIOR CARE d/b/a** | : | |
| **MAIN LINE SENIOR CARE** | : | |
| **ALLIANCE** | : | |

# ORDER

**AND NOW**, this 12th day of October 2021, it having been reported the above captioned matter is settled (ECF Doc. No. 6), it is **ORDERED**:

1. This action is **DISMISSED with prejudice** under Local Rule of Civil Procedure 41.1(b);[1] and,

2. The Clerk of Court shall mark this matter **CLOSED.**

**KEARNEY, J.**

---

[1] Local Rule 41.1(b) provides:

[a]ny such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).